SUSANNAH K. HOWARD (S.B.#291326)
showard@omm.com
MEAGHAN VERGOW (*pro hac vice application forthcoming*)
mvergow@omm.com
KRISTIN MACDONNELL (S.B. #307124)
kmacdonnell@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone:    (415) 984-8700
Facsimile:    (415) 984-8701

MOLLY LENS (S.B. #283867)
mlens@omm.com
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067-6035
Telephone:    (310) 553-6700
Facsimile:    (310) 246-6779

*Attorneys for Defendants*
Aetna Inc. and Aetna Life Insurance Company

Rebecca Peterson-Fisher (SBN 255359)
Jennifer L. Liu (SBN 279370)
C. Leah Kennedy (SBN 346306)
**LIU PETERSON-FISHER LLP**
1204 Burlingame Ave., Suite 3
Burlingame, CA 94010
Tel: 650.461.9000
Fax: 650.460.6967
Email: rpf@liupetersonfisher.com
jliu@liupetersonfisher.com
lkennedy@liupetersonfisher.com

Danielle E. Leonard (SBN 208201)
Connie K. Chan (SBN 284230)
Robin S. Tholin (SBN 344845)
**ALTSHULER BERZON LLP**
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: 415.421.7151
Fax: 415.362.8064
E-mail: dleonard@altshulerberzon.com
cchan@altshulerberzon.com
rtholin@altshulerberzon.com

*Attorneys for Plaintiff & the putative class*
*Additional counsel listed on following page*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| MARA BERTON, on behalf of herself and all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>AETNA INC. and AETNA LIFE INSURANCE COMPANY,<br><br>            Defendants. | Case No. 4:23-cv-01849-HSG<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (as modified)** |

Michelle Banker (admitted *pro hac vice*)
Alison Tanner (admitted *pro hac vice*)
Noel León (admitted *pro hac vice*)
Sudria Twyman (*pro hac vice* application pending)
Sunu Chandy (renewed *pro hac vice* application forthcoming)
**NATIONAL WOMEN'S LAW CENTER**
1350 I Street NW, Suite 700
Washington, DC 20005
Tel: 202.588.5180
Email: mbanker@nwlc.org
atanner@nwlc.org
nleon@nwlc.org
stwyman@nwlc.org
schandy@nwlc.org

*Attorneys for Plaintiff & the putative class*

Pursuant to the Parties' stipulation and for good cause shown, the Court hereby orders:

- Both Aetna Inc. and Aetna Life Insurance Inc. (collectively, "Aetna") shall answer or otherwise respond to the Complaint in the above-captioned matter on or before July 7, 2023;
- In the event Aetna files a Motion to Dismiss, Plaintiff's opposition shall be due August 21, 2023, Aetna's reply shall be due September 14, 2023, and the hearing shall be set for September 28, 2023 at 2:00 p.m.;
- The current ADR compliance, initial discovery, and Rule 26(f) report deadlines are vacated and continued to a date to be determined during the Initial Case Management Conference or in an initial Case Management Order;
- The Telephonic Initial Case Management Conference currently set for July 25, 2023 is vacated and continued to August 8, 2023 at 2:00 p.m., with a Case Management Statement due one week prior.

IT IS SO ORDERED.

Date:  5/30/2023

Hon. Haywood S. Gilliam, Jr.
District Court Judge
U.S. District Court for the Northern District of California