| | |
|---|---|
| SUSANNAH K. HOWARD (S.B.#291326) <br> showard@omm.com <br> MEAGHAN VERGOW (*pro hac vice application forthcoming*) <br> mvergow@omm.com <br> KRISTIN MACDONNELL (S.B. #307124) <br> kmacdonnell@omm.com <br> **O'MELVENY & MYERS LLP** <br> Two Embarcadero Center, 28th Floor <br> San Francisco, California 94111-3823 <br> Telephone:     (415) 984-8700 <br> Facsimile:      (415) 984-8701 <br><br> MOLLY LENS (S.B. #283867) <br> mlens@omm.com <br> **O'MELVENY & MYERS LLP** <br> 1999 Avenue of the Stars, 8th Floor <br> Los Angeles, California 90067-6035 <br> Telephone:     (310) 553-6700 <br> Facsimile:      (310) 246-6779 <br><br> *Attorneys for Defendants* <br> Aetna Inc. and Aetna Life Insurance Company | Rebecca Peterson-Fisher (SBN 255359) <br> Jennifer L. Liu (SBN 279370) <br> C. Leah Kennedy (SBN 346306) <br> **LIU PETERSON-FISHER LLP** <br> 1204 Burlingame Ave., Suite 3 <br> Burlingame, CA 94010 <br> Tel: 650.461.9000 <br> Fax: 650.460.6967 <br> Email: rpf@liupetersonfisher.com <br> jliu@liupetersonfisher.com <br> lkennedy@liupetersonfisher.com <br><br> Danielle E. Leonard (SBN 208201) <br> Connie K. Chan (SBN 284230) <br> Robin S. Tholin (SBN 344845) <br> **ALTSHULER BERZON LLP** <br> 177 Post Street, Suite 300 <br> San Francisco, CA 94108 <br> Tel: 415.421.7151 <br> Fax: 415.362.8064 <br> E-mail: dleonard@altshulerberzon.com <br> cchan@altshulerberzon.com <br> rtholin@altshulerberzon.com <br><br> *Attorneys for Plaintiff & the putative class* <br> *Additional counsel listed on following page* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MARA BERTON, on behalf of herself and all others similarly situated, <br><br>                    Plaintiff, <br><br>     v. <br><br> AETNA INC. and AETNA LIFE INSURANCE COMPANY, <br><br>                    Defendants. | Case No. 4:23-cv-01849-HSG <br><br> **ORDER GRANTING STIPULATION TO EXTEND BRIEFING SCHEDULE RE: MOTION TO DISMISS** |

Michelle Banker (admitted *pro hac vice*)
Alison Tanner (admitted *pro hac vice*)
Noel León (admitted *pro hac vice*)
Sudria Twyman (*pro hac vice* application pending)
Sunu Chandy (renewed *pro hac vice* application forthcoming)
**NATIONAL WOMEN'S LAW CENTER**
1350 I Street NW, Suite 700
Washington, DC 20005
Tel: 202.588.5180
Email: mbanker@nwlc.org
atanner@nwlc.org
nleon@nwlc.org
stwyman@nwlc.org
schandy@nwlc.org

*Attorneys for Plaintiff & the putative class*

Pursuant to the Parties' stipulation and for good cause shown, the Court hereby orders that the briefing deadlines on the motion to dismiss are continued as follows:

- Opening Motion by July 24, 2023;
- Opposition by September 1, 2023;
- Reply by September 25, 2023; and
- Motion hearing set for October 12, 2023.

IT IS SO ORDERED.

Date:  7/17/2023

*Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr.
District Court Judge
U.S. District Court for the Northern District of California