MEAGHAN VERGOW*
mvergow@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Telephone:	(202) 383-5300
Facsimile:	(202) 383-5414

MOLLY LENS (S.B. #283867)
mlens@omm.com
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067-6035
Telephone:	(310) 553-6700
Facsimile:	(310) 246-6779

SUSANNAH K. HOWARD (S.B.#291326)
showard@omm.com
KRISTIN MACDONNELL (S.B. #307124)
kmacdonnell@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone:	(415) 984-8700
Facsimile:	(415) 984-8701

Attorneys for Defendants
Aetna Inc. and Aetna Life Insurance Company
* *admitted pro hac vice*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MARA BERTON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AETNA INC. and AETNA LIFE INSURANCE COMPANY,<br><br>Defendants. | Case No. 4:23-cv-01849-HSG<br><br>**ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO RESPOND TO PLAINTIFF'S STATEMENT OF SUPPLEMENTAL AUTHORITIES** |

**ORDER**

Having fully considered the papers and arguments presented by the parties, the Court hereby **DENIES** Defendants' Administrative Motion for Leave to Respond to Plaintiff's Statement of Supplemental Authorities, ECF 59.

**IT IS SO ORDERED.**

Dated:  11/2/2023

