UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARA BERTON,

        Plaintiff,

v.

AETNA INC., et al.,

        Defendants.

Case No. 23-cv-01849-HSG

**SCHEDULING ORDER**

A case management conference was held on March 19, 2024. Having considered the parties' proposals, *see* Dkt. No. 76, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Deadline to file motion for class certification | December 13, 2024 |
| Deadline to file opposition to motion for class certification | January 24, 2025 |
| Deadline to file reply in support of motion for class certification | February 14, 2025 |
| Hearing on motion for class certification | March 13, 2025 at 2:00 pm |

//
//
//
//
//

1   These dates may only be altered by order of the Court and only upon a showing of good
2   cause. The parties are directed to review and comply with this Court's standing orders.
3   **IT IS SO ORDERED.**
4   Dated:  3/21/2024

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge