AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

MARA BERTON,
    Plaintiff (s),
V.
AETNA INC. & AETNA LIFE INSURANCE CO.,
    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:23-cv-01849-HSG

Notice is hereby given that, subject to approval by the court, __AETNA INC. & AETNA LIFE INS. CO.__ substitutes
(Party (s) Name)

__Misty A. Murray__, State Bar No. __196870__ as counsel of record in
(Name of New Attorney)

place of __Kristin MacDonnell - O'Melveny & Myers LLP - Two Embarcadero Ctr., 28th Fl., San Francisco, CA 94111__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

 Firm Name: MAYNARD NEXSEN LLP
 Address: 10100 Santa Monica Boulevard, Ste. 550, Los Angeles, CA 90067
 Telephone: (310) 596-4500  Facsimile: 
 E-Mail (Optional): Misty.Murray@maynardnexsen.com

I consent to the above substitution.
Date: 9/20/24

Joshua Kutinsky, Esq. on behalf of Defendants
(Signature of Party (s))

I consent to being substituted.
Date: 9/24/24

Kristin MacDonnell
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 9/24/24

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 9/26/2024

Haywood S. Gill, Jr.
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]