AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

MARA BERTON,
    Plaintiff(s),
V.
AETNA INC. & AETNA LIFE INSURANCE CO.
    Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:23-cv-01849-HSG

Notice is hereby given that, subject to approval by the court, **AETNA INC. & AETNA LIFE INS. CO.** substitutes
(Party(s) Name)

**Misty A. Murray**, State Bar No. **196870** as counsel of record in
(Name of New Attorney)

place of **Meaghan Vergow (admitted PHV) O'Melveny & Myers LLP -1625 Eye Street, NW Washington, DC 20006**.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: **MAYNARD NEXSEN LLP**
    Address: **10100 Santa Monica Boulevard, Ste. 550, Los Angeles, CA 90067**
    Telephone: **(310) 596-4500**      Facsimile
    E-Mail (Optional): **Misty.Murray@maynardnexsen.com**

I consent to the above substitution.
Date: 9/20/24

Joshua Kutinsky, Esq. on behalf of Defendants
(Signature of Party(s))

I consent to being substituted.
Date: 9/23/24

(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 9/24/24

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 9/26/2024

Haywood S. Gill, Jr.
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]