♦AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

MARA BERTON,
                Plaintiff(s),
V.
AETNA INC. & AETNA LIFE INSURANCE CO.
                Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:23-cv-01849-HSG

Notice is hereby given that, subject to approval by the court, __AETNA INC. & AETNA LIFE INS. CO.__ substitutes
(Party (s) Name)

__Misty A. Murray__, State Bar No. __196870__ as counsel of record in
(Name of New Attorney)

place of __Molly Lens (SBN 283867) O'Melveny & Myers LLP - 1999 Avenue of the Stars, 8th Flr. Los Angeles 90067__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: __MAYNARD NEXSEN LLP__
    Address: __10100 Santa Monica Boulevard, Ste. 550, Los Angeles, CA 90067__
    Telephone: __(310) 596-4500__    Facsimile _____
    E-Mail (Optional): __Misty.Murray@maynardnexsen.com__

I consent to the above substitution.
Date: __9/20/24__
                                      Joshua Kutinsky, Esq. on behalf of Defendants
                                      (Signature of Party (s))

I consent to being substituted.
Date: __9/23/2024__
                                      Molly M. Lens
                                      (Signature of Former Attorney (s))

I consent to the above substitution.
Date: __9/24/24__
                                      (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: __9/26/2024__
                                      Haywood S. Gill, Jr.
                                      Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]