≈AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

MARA BERTON,
                 Plaintiff (s),
V.
AETNA INC. & AETNA LIFE INSURANCE CO.,
                 Defendant (s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:23-cv-01849-HSG

Notice is hereby given that, subject to approval by the court, __AETNA INC. & AETNA LIFE INS. CO.__ substitutes
(Party (s) Name)

__Misty A. Murray__, State Bar No. __196870__ as counsel of record in
(Name of New Attorney)

place of __Susannah K. Howard - O'Melveny & Myers LLP - Two Embarcadero Ctr., 28th Fl., San Francisco, CA 94111__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:
    Firm Name:    MAYNARD NEXSEN LLP
    Address:    10100 Santa Monica Boulevard, Ste. 550, Los Angeles, CA 90067
    Telephone:    (310) 596-4500    Facsimile
    E-Mail (Optional):    Misty.Murray@maynardnexsen.com

I consent to the above substitution.
Date: 9/20/24
    Joshua Kutinsky, Esq. on behalf of Defendants
    (Signature of Party (s))

I consent to being substituted.
Date: 9/23/2024
    Susannah K. Howard
    (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 9/24/24
    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 9/26/2024
    Haywood S. Gilliam Jr.
    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]