UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARA BERTON,

    Plaintiff,

v.

AETNA INC., et al.,

    Defendants.

Case No. 23-cv-01849-HSG

**AMENDED SCHEDULING ORDER**

On November 25, 2024, the parties submitted a joint stipulation and proposed order requesting to extend the deadlines set in the Court's March 21, 2024, scheduling order, Dkt. No. 77. Having considered the parties' proposal, *see* Dkt. No. 103, the Court **RESETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Deadline to file motion for class certification | April 14, 2025 |
| Deadline to file opposition to motion for class certification | May 27, 2025 |
| Deadline to file reply in support of motion for class certification | June 16, 2025 |
| Hearing on motion for class certification | July 17, 2025 at 2:00 pm |

//

//

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders. This order terminates Dkt. No. 103.

**IT IS SO ORDERED.**

Dated: 11/26/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge