| | |
|---|---|
| Misty A. Murray (SBN 196870)<br>**MAYNARD NEXSEN LLP**<br>10100 Santa Monica Blvd, Suite 550<br>Los Angeles, CA 90067<br>Tel: (310) 596-4377<br>Email: misty.murray@maynardnexsen.com<br><br>Earl B. Austin III (admitted *pro hac vice*)<br>**BAKER BOTTS L.L.P.**<br>I.   Ross Avenue, Suite 900<br>Dallas, TX 75201-2980<br>Tel: (214) 953-6542<br>Fax: (214) 661-4542<br>Email: earl.austin@bakerbotts.com<br><br>Sarah Reeves (admitted *pro hac vice*)<br>**BAKER BOTTS L.L.P.**<br>30 Rockefeller Plaza<br>New York, NY 10112-4498<br>Tel: (212) 408-2649<br>Fax: (212) 269-2449<br>Email: sarah.reeves@bakerbotts.com<br><br>*Attorneys for Defendants Aetna Inc. and Aetna Life Insurance Company* | Rebecca Peterson-Fisher (State Bar No. 255359)<br>Jennifer L. Liu (State Bar No. 279370)<br>**KATZ BANKS KUMIN LLP**<br>235 Montgomery St. Suite 665<br>San Francisco, CA 94104<br>Tel: (415) 813-3260<br>Fax: (415) 813-2495<br>Email: peterson-fisher@katzbanks.com<br>liu@katzbanks.com<br><br>Barbara J. Chisholm (SBN 224656)<br>Danielle E. Leonard (SBN 208201)<br>Connie K. Chan (SBN 284230)<br>Robin S. Tholin (SBN 344845)<br>**ALTSHULER BERZON LLP**<br>177 Post Street, Suite 300<br>San Francisco, CA 94108<br>Tel: (415) 421-7151<br>Fax: (415) 362-8064<br>Email: bchisholm@altshulerberzon.com<br>dleonard@altshulerberzon.com<br>cchan@altshulerberzon.com<br>rtholin@altshulerberzon.com<br><br>*Attorneys for Plaintiff and the Putative Class*<br>*Additional counsel listed on following page* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARA BERTON, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>AETNA INC. and AETNA LIFE INSURANCE COMPANY,<br>　　　　Defendants. | Case No. 4:23-cv-01849-HSG<br><br>**JOINT STIPULATION REQUESTING EXTENSION OF DEADLINES SET IN NOVEMBER 26, 2024 AMENDED SCHEDULING ORDER** |

Michelle Banker (admitted *pro hac vice*)
Alison Tanner (admitted *pro hac vice*)
Noel León (admitted *pro hac vice*)
**NATIONAL WOMEN'S LAW CENTER**
1350 I Street NW, Suite 700
Washington, DC 20005
Tel: (202) 588-5180
Email: mbanker@nwlc.org
atanner@nwlc.org
nleon@nwlc.org

Hugh Baran (*pro hac vice* application pending)
**KATZ BANKS KUMIN LLP**
111 Broadway, Suite 1702
New York, NY 10006
Tel: (646) 759-4501
Fax: (646) 759-4502
Email: baran@katzbanks.com

Marilyn Robb (*pro hac vice* application pending)
**KATZ BANKS KUMIN LLP**
11 Dupont Circle NW, Suite 600
Washington, DC 20036
Tel: (202) 299-1140
Fax: (202) 299-1148
Email: robb@katzbanks.com

*Attorneys for Plaintiff and the Putative Class*

1       Counsel for the parties to the above-entitled action have met and conferred regarding the proposed changes to the case schedule set forth herein. Pursuant to Civil Local Rules 6-2 and 7-12 and the Court's Standing Order for Civil Cases, Plaintiff Mara Berton ("Plaintiff") and Defendants Aetna, Inc. and Aetna Life Insurance Company ("Aetna" or "Defendants") (collectively, the "Parties"), by and through their attorneys of record herein, submit the following Joint Stipulation and Request for Extension of Deadlines Set in the Court's November 26, 2024 Amended Scheduling Order, ECF No. 104:

      WHEREAS, on October 30, 2024, the Parties attended a full-day mediation with Hon. Steven M. Gold, a respected and well-known mediator with extensive experience mediating class actions, who successfully mediated a class settlement in a related case against Defendant Aetna Life Insurance Company involving a New York-only class, *Goidel et al. v. Aetna Life Ins. Co.*, Case No. 1:21-cv-07619-VSB-VF, ECF No. 98 (granting preliminary approval);

      WHEREAS, the mediation was fruitful, and the Parties have continued to be engaged in good faith settlement discussions in the months since the first mediation;

      WHEREAS, the Parties have been diligently and cooperatively working with one another to prioritize discovery relevant to their mediation efforts;

      WHEREAS, the Parties attended a second full-day mediation with Hon. Steven M. Gold on February 18, 2025, and made considerable additional progress toward settlement, including by reaching tentative agreement as to injunctive relief, subject to agreement on monetary relief;

      WHEREAS, the Parties need additional time to gather necessary data, and to continue settlement discussions about monetary relief;

      WHEREAS, the Parties have scheduled a third and final mediation session with Hon. Steven M. Gold on March 4, 2025, and mutually hope to reach a final agreement as to all material terms on that day;

1     WHEREAS, to enable the Parties to allocate the necessary time and resources to continued settlement discussions, and to preparing for this final day of mediation, the Parties agree that a ninety-day extension of all existing case deadlines is necessary and appropriate;

    WHEREAS, the Parties previously requested an extension of these deadlines, which the Court granted on November 26, 2024;

    THE PARTIES THEREFORE stipulate and jointly respectfully request that the deadlines set forth in the Court's November 26, 2024, Scheduling Order (ECF No. 104) be extended for good cause as follows:

| Event | Previous Deadline | Stipulated Deadline |
|---|---|---|
| Deadline to file motion for class certification | April 14, 2025 | July 14, 2025 |
| Deadline to file opposition to motion for class certification | May 27, 2025 | August 26, 2025 |
| Deadline to file reply in support of motion for class certification | June 16, 2025 | September 16, 2025 |
| Hearing on motion for class certification | July 14, 2025 at 2:00 pm | October 16, 2025 at 2:00 pm |

Respectfully submitted,

**KATZ BANKS KUMIN LLP**

DATED: February 25, 2025      /s/ Rebecca Peterson-Fisher

Rebecca Peterson-Fisher
235 Montgomery St. Suite 665
San Francisco, CA 94104
Tel: (415) 813-3260
Fax: (415) 813-2495
Email: Peterson-Fisher@katzbanks.com

*Attorneys for Plaintiff and the Putative Class*

|   |   |
|---|---|
| | **MAYNARD NEXSEN LLP** |
| DATED: February 25, 2025 | /s/ Earl B. Austin |
| | Misty A. Murray |
| | 10100 Santa Monica Blvd, Suite 550 |
| | Los Angeles, CA  90067 |
| | Telephone: (310) 596-4377 |
| | Email: misty.murray@maynardnexsen.com |
| | **BAKER BOTTS LLP** |
| | Earl B. Austin, III |
| | 2001 Ross Avenue, Suite 900 |
| | Dallas, TX 75201-2980 |
| | Tel: (214) 953-6542 |
| | Fax: (214) 661-4542 |
| | Email: earl.austin@bakerbotts.com |
| | Sarah Reeves |
| | 30 Rockefeller Plaza |
| | New York, NY 10112-4498 |
| | Tel: (212) 408-2649 |
| | Fax: (212) 259-2449 |
| | Email: sarah.reeves@bakerbotts.com |
| | *Attorneys for Defendants Aetna Inc. and Aetna Life Insurance Inc.* |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I, Rebecca Peterson-Fisher, hereby attest that concurrence in the filing of this document has been obtained from the other signatory to this document.

   /s/ Rebecca Peterson-Fisher
      Rebecca Peterson-Fisher

4

JOINT STIPULATION REQUESTING EXTENSION OF DEADLINES SET IN NOVEMBER 26, 2024 AMENDED SCHEDULING ORDER
Case No. 4:23-cv-01849-HSG