Rebecca Peterson-Fisher (State Bar No. 255359)
Jennifer L. Liu (State Bar No. 279370)
**KATZ BANKS KUMIN LLP**
235 Montgomery St. Suite 665
San Francisco, CA 94104
Tel: (415) 813-3260
Fax: (415) 813-2495
Email: peterson-fisher@katzbanks.com
liu@katzbanks.com

Barbara J. Chisholm (SBN 224656)
Danielle E. Leonard (SBN 208201)
Connie K. Chan (SBN 284230)
Robin S. Tholin (SBN 344845)
**ALTSHULER BERZON LLP**
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: 415.421.7151
Fax: 415.362.8064
Email: bchisholm@altshulerberzon.com
dleonard@altshulerberzon.com
cchan@altshulerberzon.com
rtholin@altshulerberzon.com

*Attorneys for Plaintiff and the Putative Class*

Michelle Banker (admitted *pro hac vice*)
Alison Tanner (admitted *pro hac vice*)
Noel León (admitted *pro hac vice*)
**NATIONAL WOMEN'S LAW CENTER**
1350 I Street NW, Suite 700
Washington, DC 20005
Tel: 202.588.5180
Email: mbanker@nwlc.org
atanner@nwlc.org
nleon@nwlc.org

Hugh Baran (*pro hac vice* application pending)
**KATZ BANKS KUMIN LLP**
111 Broadway, Suite 1702
New York, NY 10006
Tel: (646) 759-4501
Fax: (646) 759-4502
Email: baran@katzbanks.com

Marilyn Robb (*pro hac vice* application pending)
**KATZ BANKS KUMIN LLP**
11 Dupont Circle NW, Suite 600
Washington, DC 20036
Tel: (202) 299-1140
Fax: (202) 299-1148
Email: robb@katzbanks.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

OAKLAND DIVISION

| | |
|---|---|
| MARA BERTON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AETNA INC. and AETNA LIFE INSURANCE COMPANY,<br><br>Defendants. | Case No. 4:23-cv-01849-HSG<br><br>**DECLARATION OF REBECCA PETERSON-FISHER IN SUPPORT OF JOINT STIPULATION REQUESTING EXTENSION OF DEADLINES SET IN NOVEMBER 26, 2024 AMENDED SCHEDULING ORDER** |

**DECLARATION OF REBECCA PETERSON-FISHER**

I, Rebecca Peterson-Fisher, hereby declare as follows:

1. I am an attorney at the law firm of Katz Banks Kumin LLP, counsel of record for Plaintiff Mara Berton and the putative class in this action. I submit this declaration in support of the Joint Stipulation Requesting Extension of Deadlines Set in November 26, 2024 Amended Scheduling Order pursuant to Civil Local Rules 6-2 and 7-12 and the Court's Standing Order for Civil Cases. I am fully familiar, based on personal knowledge, with the facts set forth in this declaration and if called as a witness in this action, I could and would testify competently to these facts.

2. On October 30, 2024, Plaintiff Mara Berton ("Plaintiff") and Defendants Aetna, Inc. and Aetna Life Insurance Company ("Aetna" or "Defendants") (collectively, the "Parties") attended a full-day mediation with Hon. Steven M. Gold, a former United States Magistrate Judge in the Eastern District of New York and a respected and well-known mediator with extensive experience mediating class actions, who successfully mediated a class settlement in a related case against Defendant Aetna Life Insurance Company involving a New York-only class, *Goidel et al. v. Aetna Life Ins. Co.*, Case No. 1:21-cv-07619-VSB-VF, ECF No. 98 (granting preliminary approval).

3. The mediation was fruitful, and the Parties have continued to be engaged in good faith settlement discussions in the months since the first mediation.

4. The Parties have been diligently and cooperatively working with one another to prioritize discovery relevant to their mediation efforts in the months since the first mediation.

5. On February 18, 2025, the Parties attended a second full-day mediation with Hon. Steven M. Gold, and made considerable additional progress toward settlement, including by reaching tentative agreement as to injunctive relief.

6. At the end of the mediation, the Parties determined that they need additional time to gather necessary data, and to continue settlement discussions about monetary relief.

1

DECLARATION OF REBECCA PETERSON-FISHER IN SUPPORT OF JOINT STIPULATION REQUESTING EXTENSION OF DEADLINES SET IN NOVEMBER 26, 2024 AMENDED SCHEDULING ORDER
Case No. 4:23-cv-01849-HSG

7. The Parties have scheduled a third and final mediation session with Hon. Steven M. Gold in less than two weeks, on March 4, 2025, and mutually hope to reach a final agreement as to both injunctive and monetary relief on that day.

8. To enable the Parties to allocate the necessary time and resources to continued settlement discussions, and to preparing for this final day of mediation, the Parties have agreed that a ninety-day extension of all existing case deadlines is necessary and appropriate.

9. The Parties previously requested one extension of these deadlines, which the Court granted on November 26, 2024. ECF No. 104.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed this 25th day of February, 2025 in San Francisco, California.

Dated: February 25, 2025                                KATZ BANKS KUMIN LLP

                                                        _____
                                                        Rebecca Peterson-Fisher
                                                        Attorney for Plaintiff

DECLARATION OF REBECCA PETERSON-FISHER IN SUPPORT OF JOINT STIPULATION REQUESTING EXTENSION OF DEADLINES SET IN NOVEMBER 26, 2024 AMENDED SCHEDULING ORDER
Case No. 4:23-cv-01849-HSG