| | |
|---|---|
| Misty A. Murray (SBN 196870) **MAYNARD NEXSEN LLP** 10100 Santa Monica Blvd, Suite 550 Los Angeles, CA 90067 Tel: (310) 596-4377 Email: misty.murray@maynardnexsen.com | Rebecca Peterson-Fisher (State Bar No. 255359) Jennifer L. Liu (State Bar No. 279370) **KATZ BANKS KUMIN LLP** 235 Montgomery St. Suite 665 San Francisco, CA 94104 Tel: (415) 813-3260 Fax: (415) 813-2495 Email: peterson-fisher@katzbanks.com liu@katzbanks.com |
| Earl B. Austin III (admitted *pro hac vice*) **BAKER BOTTS L.L.P.** 2001 Ross Avenue, Suite 900 Dallas, TX 75201-2980 Tel: (214) 953-6542 Fax: (214) 661-4542 Email: earl.austin@bakerbotts.com | Barbara J. Chisholm (SBN 224656) Danielle E. Leonard (SBN 208201) Connie K. Chan (SBN 284230) Robin S. Tholin (SBN 344845) **ALTSHULER BERZON LLP** 177 Post Street, Suite 300 San Francisco, CA 94108 Tel: (415) 421-7151 Fax: (415) 362-8064 Email: bchisholm@altshulerberzon.com dleonard@altshulerberzon.com cchan@altshulerberzon.com rtholin@altshulerberzon.com |
| Sarah Reeves (admitted *pro hac vice*) **BAKER BOTTS L.L.P.** 30 Rockefeller Plaza New York, NY 10112-4498 Tel: (212) 408-2649 Fax: (212) 269-2449 Email: sarah.reeves@bakerbotts.com | |
| *Attorneys for Defendants Aetna Inc. and Aetna Life Insurance Company* | *Attorneys for Plaintiff and the Putative Class* *Additional counsel listed on following page* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARA BERTON, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> AETNA INC. and AETNA LIFE INSURANCE COMPANY, <br><br> Defendants. | Case No. 4:23-cv-01849-HSG <br><br> **STIPULATION AND ORDER CONTINUING MARCH 4, 2025, CASE MANAGEMENT CONFERENCE TO AVOID CONFLICT WITH SCHEDULED MEDIATION (as modified)** |

| | |
|---|---|
| 1 | Michelle Banker (admitted *pro hac vice*) |
| 2 | Alison Tanner (admitted *pro hac vice*) |
|   | Noel León (admitted *pro hac vice*) |
| 3 | **NATIONAL WOMEN'S LAW CENTER** |
|   | 1350 I Street NW, Suite 700 |
| 4 | Washington, DC 20005 |
|   | Tel: (202) 588-5180 |
| 5 | Email: mbanker@nwlc.org |
|   | atanner@nwlc.org |
| 6 | nleon@nwlc.org |
| 7 | Hugh Baran (*pro hac vice* application pending) |
| 8 | **KATZ BANKS KUMIN LLP** |
|   | 111 Broadway, Suite 1702 |
| 9 | New York, NY 10006 |
|   | Tel: (646) 759-4501 |
| 10 | Fax: (646) 759-4502 |
|   | Email: baran@katzbanks.com |
| 11 | |
| 12 | Marilyn Robb (*pro hac vice* application pending) |
|   | **KATZ BANKS KUMIN LLP** |
| 13 | 11 Dupont Circle NW, Suite 600 |
|   | Washington, DC 20036 |
| 14 | Tel: (202) 299-1140 |
|   | Fax: (202) 299-1148 |
| 15 | Email: robb@katzbanks.com |
| 16 | *Attorneys for Plaintiff and the Putative Class* |

STIPULATION AND ORDER CONTINUING MARCH 4, 2025, CASE MANAGEMENT
CONFERENCE TO AVOID CONFLICT WITH SCHEDULED MEDIATION
Case No. 4:23-cv-01849-HSG

1     Counsel for the parties to the above-entitled action have met and conferred regarding
2 the proposed continuance of the case management conference scheduled by the Court for
3 March 4, 2025, at 2:00 p.m. (ECF No. 110) and hereby jointly request a one-week continuance
4 of the case management conference to March 11, 2024, at 2:00 p.m. to enable the Parties to
5 complete their scheduled mediation on March 4, 2025.

6     WHEREAS, as set forth in the Parties' Joint Stipulation Requesting Extension of
7 Deadlines Set in November 26, 2024, Amended Scheduling Order filed on February 25, 2025
8 (ECF No. 108), the Parties have a third and final mediation scheduled in this matter on March
9 4, 2025;

10     WHEREAS, the mediation is a full-day session with Hon. Steven Gold which will not
11 be completed by 2:00 p.m., and it is the Parties' hope that the session will end with a signed
12 term sheet;

13     WHEREAS, ending the mediation early to attend a case management conference would
14 reduce the likelihood of resolving this matter on March 4, 2025;

15     WHEREAS, if the Parties do sign a term sheet on March 4, 2025, or in the week
16 thereafter, a case management conference on March 11, 2025, may be utilized to set a deadline
17 for the filing of a preliminary approval motion;

25 //

1  THE PARTIES THEREFORE stipulate and jointly respectfully request that the case
2  management conference scheduled for March 4, 2025, at 2:00 p.m. be continued for one week
3  for good cause to March 11, 2025, at 2:00 p.m.

Respectfully submitted,

**KATZ BANKS KUMIN LLP**

DATED: February 27, 2025        /s/ Rebecca Peterson-Fisher

Rebecca Peterson-Fisher
235 Montgomery St. Suite 665
San Francisco, CA 94104
Tel: (415) 813-3260
Fax: (415) 813-2495
Email: Peterson-Fisher@katzbanks.com

*Attorneys for Plaintiff and the Putative Class*

**MAYNARD NEXSEN LLP**

DATED: February 27, 2025        /s/ Earl B. Austin

Misty A. Murray
10100 Santa Monica Blvd, Suite 550
Los Angeles, CA 90067
Telephone: (310) 596-4377
Email: misty.murray@maynardnexsen.com

**BAKER BOTTS LLP**
Earl B. Austin, III
2001 Ross Avenue, Suite 900
Dallas, TX 75201-2980
Tel: (214) 953-6542
Fax: (214) 661-4542
Email: earl.austin@bakerbotts.com

Sarah Reeves
30 Rockefeller Plaza
New York, NY 10112-4498
Tel: (212) 408-2649
Fax: (212) 259-2449
Email: sarah.reeves@bakerbotts.com

*Attorneys for Defendants Aetna Inc. and Aetna Life Insurance Inc.*

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Zoom webinar information and

2  instructions remain the same as previously provided in docket no. 110.  All attorneys and pro se

3  litigants appearing for the case management conference are required to join at least 15 minutes

4  before the hearing to check-in with the CRD.

5

6

7  DATED:  2/28/2025

                     HON. HAYWOOD S. GILLIAM, JR.
                     UNITED STATES DISTRICT JUDGE