Misty A. Murray (SBN 196870)
**MAYNARD NEXSEN LLP**
10100 Santa Monica Blvd, Suite 550
Los Angeles, CA 90067
Tel: (310) 596-4377
Email: misty.murray@maynardnexsen.com

Earl B. Austin III (admitted *pro hac vice*)
**BAKER BOTTS L.L.P.**
Ross Avenue, Suite 900
Dallas, TX 75201-2980
Tel: (214) 953-6542
Fax: (214) 661-4542
Email: earl.austin@bakerbotts.com

Sarah Reeves (admitted *pro hac vice*)
**BAKER BOTTS L.L.P.**
30 Rockefeller Plaza
New York, NY 10112-4498
Tel: (212) 408-2649
Fax: (212) 269-2449
Email: sarah.reeves@bakerbotts.com

*Attorneys for Defendants Aetna Inc. and Aetna Life Insurance Company*

Rebecca Peterson-Fisher (State Bar No. 255359)
Jennifer L. Liu (State Bar No. 279370)
**KATZ BANKS KUMIN LLP**
235 Montgomery St. Suite 665
San Francisco, CA 94104
Tel: (415) 813-3260
Fax: (415) 813-2495
Email: peterson-fisher@katzbanks.com
liu@katzbanks.com

Barbara J. Chisholm (SBN 224656)
Danielle E. Leonard (SBN 208201)
Connie K. Chan (SBN 284230)
Robin S. Tholin (SBN 344845)
**ALTSHULER BERZON LLP**
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
Email: bchisholm@altshulerberzon.com
dleonard@altshulerberzon.com
cchan@altshulerberzon.com
rtholin@altshulerberzon.com

*Attorneys for Plaintiff and the Putative Class*
*Additional counsel listed on following page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARA BERTON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AETNA INC. and AETNA LIFE INSURANCE COMPANY,<br>Defendants. | Case No. 4:23-cv-01849-HSG<br><br>**JOINT STIPULATION REQUESTING EXTENSION OF DEADLINE TO MOVE FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

Michelle Banker (admitted *pro hac vice*)
Alison Tanner (admitted *pro hac vice*)
Noel León (admitted *pro hac vice*)
**NATIONAL WOMEN'S LAW CENTER**
1350 I Street NW, Suite 700
Washington, DC 20005
Tel: (202) 588-5180
Email: mbanker@nwlc.org
atanner@nwlc.org
nleon@nwlc.org

Hugh Baran (admitted *pro hac vice*)
**KATZ BANKS KUMIN LLP**
111 Broadway, Suite 1403
New York, NY 10006
Tel: (646) 759-4501
Fax: (646) 759-4502
Email: baran@katzbanks.com

Marilyn Robb (admitted *pro hac vice*)
**KATZ BANKS KUMIN LLP**
11 Dupont Circle NW, Suite 600
Washington, DC 20036
Tel: (202) 299-1140
Fax: (202) 299-1148
Email: robb@katzbanks.com

*Attorneys for Plaintiff and the Putative Class*

Counsel for the parties to the above-entitled action have met and conferred regarding the proposed change to the case schedule set forth herein. Pursuant to Civil Local Rules 6-2 and 7-12 and the Court's Standing Order for Civil Cases, Plaintiff Mara Berton ("Plaintiff") and Defendants Aetna, Inc. and Aetna Life Insurance Company ("Aetna" or "Defendants") (collectively, the "Parties"), by and through their attorneys of record herein, submit the following Joint Stipulation and Request Extension of the Preliminary Approval Motion Deadline set by the Court on March 17, 2025, ECF No. 122 of 30 days, from June 22, 2025 to July 21, 2025 :

WHEREAS, on October 30, 2024, the Parties attended a full-day mediation with Hon. Steven M. Gold, a respected and well-known mediator with extensive experience mediating class actions, who successfully mediated a class settlement in a related case against Defendant Aetna Life Insurance Company involving a New York-only class, *Goidel et al. v. Aetna Life Ins. Co.*, Case No. 1:21-cv-07619-VSB-VF, ECF No. 98 (granting preliminary approval);

WHEREAS, after attending three full-day mediation sessions with Hon. Steven M. Gold, including most recently on March 4, 2025, the parties reached a settlement in principle as to nearly all material terms regarding substantive monetary and non-monetary relief;

WHEREAS, at the March 11, 2025 case management conference before the Court, the parties reported that they had reached a settlement in principle but were still negotiating several specific items on their term sheet, the Court vacated all pending deadlines and set a deadline for submitting a motion for preliminary approval of June 20, 2025;

WHEREAS, the Parties cooperated in good faith to negotiate the term sheet, but only reached agreement on material non-monetary and monetary terms such that they were able to execute a memorandum of understanding on May 23, 2025;

WHEREAS, the Parties are still drafting and negotiating the terms of the full long-form settlement agreement;

WHEREAS, the long-form settlement agreement and proposed Class Notice in this matter will require particularly careful crafting to ensure clear and precise notice to all potential

1    Class Members due to the fact that there is one group of Class Members who can be identified,

2    but three other groups of potential Class Members identified based on varying data regarding

3    their preauthorization requests and claim denials in Defendants' systems, and the requirements

4    for those individuals to successfully establish membership in the Class differ, such that the

5    Parties must agree upon a Class Notice that accounts for these differences and/or multiple

6    versions of proposed Class Notice to be sent to different groups;

7           WHEREAS, the long-form settlement agreement must additionally include an

8    allocation plan that would make additional funds available to Class Members with higher

9    potential damages than others according to determinations made by a Special Master, which

10   Plaintiff's counsel is in the process of drafting and will provide to Defendants for review and

11   input;

12          WHEREAS, the Parties must also agree on a Claims Administrator with security

13   protocols sufficient to meet Defendants' requirements for the safeguarding of sensitive medical

14   information, and although Plaintiff's counsel has obtained bids from several Administrators,

15   Defendants will need to perform a detailed review to determine the adequacy of security

16   protocols offered by any proposed Claims Administrator;

17          WHEREAS, the Parties have conferred and agree that a one-month extension of the

18   deadline to submit the motion for preliminary approval set forth in the Court's March 17, 2025

19   Order (ECF No. 122), from June 20, 2025 to July 21, 2025, is necessary to provide adequate

20   time for the Parties to negotiate the terms of the long-form settlement agreement, including an

21   allocation plan, agree on Proposed Class Notices, agree on a Claims Administrator, and draft

22   all necessary preliminary approval papers;

23          WHEREAS, the Parties have not previously requested an extension of this deadline,

24          THE PARTIES THEREFORE stipulate and jointly respectfully request that the

25   deadline to submit the motion for preliminary approval set forth in the Court's March 17, 2025

26   Order (ECF No. 122) be extended for good cause by one month, as follows:

27

28

JOINT STIPULATION REQUESTING EXTENSION OF DEADLINE TO MOVE FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT
Case No. 4:23-cv-01849-HSG

| Event | Current Deadline | Stipulated Deadline |
|-------|-----------------|---------------------|
| Deadline to file motion for preliminary approval of class action settlement | June 20, 2025 | July 21, 2025 |

Respectfully submitted,

**KATZ BANKS KUMIN LLP**

DATED:    May 29, 2025          /s/ Rebecca Peterson-Fisher

Rebecca Peterson-Fisher
235 Montgomery St. Suite 665
San Francisco, CA 94104
Tel: (415) 813-3260
Fax:  (415) 813-2495
Email: Peterson-Fisher@katzbanks.com

*Attorneys for Plaintiff and the Putative Class*

**MAYNARD NEXSEN LLP**

DATED: May 29, 2025           /s/ Earl B. Austin

Misty A. Murray
10100 Santa Monica Blvd, Suite 550
Los Angeles, CA  90067
Telephone: (310) 596-4377
Email: misty.murray@maynardnexsen.com

**BAKER BOTTS LLP**

Earl B. Austin, III
2001 Ross Avenue, Suite 900
Dallas, TX 75201-2980
Tel: (214) 953-6542
Fax: (214) 661-4542
Email: earl.austin@bakerbotts.com

Sarah Reeves
30 Rockefeller Plaza
New York, NY 10112-4498
Tel: (212) 408-2649
Fax: (212) 259-2449
Email: sarah.reeves@bakerbotts.com

*Attorneys for Defendants Aetna Inc. and Aetna Life Insurance Inc.*

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3  DATED: _____          _____

4                                          HON. HAYWOOD S. GILLIAM, JR.
                                           UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION REQUESTING EXTENSION OF DEADLINE TO MOVE FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT
Case No. 4:23-cv-01849-HSG

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I, Rebecca Peterson-Fisher, hereby attest that concurrence in the filing of this document has been obtained from the other signatory to this document.

/s/ Rebecca Peterson-Fisher
Rebecca Peterson-Fisher

JOINT STIPULATION REQUESTING EXTENSION OF DEADLINE TO MOVE FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT
Case No. 4:23-cv-01849-HSG