UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARA BERTON,

    Plaintiff,

v.

AETNA INC., et al.,

    Defendants.

Case No. 23-cv-01849-HSG

**AMENDED SCHEDULING ORDER**

Pursuant to the Court's order granting the parties' request to extend the deadline for filing the motion for preliminary approval, *see* Dkt. No. 124, Court now **RESETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Deadline to file motion for preliminary approval of class action settlement | July 21, 2025 |
| Deadline to file opposition | August 4, 2025 |
| Deadline to file reply | August 11, 2025 |
| Hearing on motion for preliminary approval | August 28, 2025, at 2:00 p.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated:   6/26/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge