1 | MISTY A. MURRAY (SBN 196870)
Misty.Murray@maynardnexsen.com
MAYNARD NEXSEN LLP
10100 Santa Monica Boulevard, Suite 550
Los Angeles, CA 90067
Telephone:    310.596.4500

EARL B. AUSTIN III (*pro hac vice pending*)
Earl.Austin@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 900
Dallas, TX 75201-2980
Telephone:    214.953.6542
Facsimile:    214.661.4542

SARAH REEVES (*pro hac vice pending*)
SarahReeves@bakerbotts.com.
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112-4498
Telephone:    212.408.2649
Facsimile:    212.269.2449

Attorneys for Defendants
Aetna Inc. and Aetna Life Insurance Company

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARA BERTON, on behalf of herself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>AETNA INC. and AETNA LIFE INSURANCE COMPANY<br><br>Defendant. | Case No. 4:23-cv-01849-HSG<br><br>(Honorable Haywood S. Gilliam, Jr.)<br><br>**DEFENDANT'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR ORDER PROVISIONALLY CERTIFYING SETTLEMENT CLASS AND PRELIMINARILY APPROVING CLASS SETTLEMENT**<br><br>Date:       November 6, 2024<br>Time:      2:00 p.m.<br>Crtrm.:    2, 4th Floor, Oakland Courthouse<br><br>Complaint Filed: April 17, 2023 |

**TO THE HONORABLE COURT AND TO PLAINTIFF AND HER ATTORNEYS OF RECORD:**

Pursuant to Local Rule 7-3(b), Defendants Aetna, Inc. and Aetna Life Insurance Company, Inc. hereby file a Statement of Non-Opposition to Plaintiff Mara Berton's Motion for Order Provisionally Certifying Settlement Class and Preliminarily Approving Class Settlement [ECF 132] scheduled for hearing on November 6, 2025.

Dated: October 14, 2025

MAYNARD NEXSEN
BAKER BOTTS, L.L.P.

By: */s/ Misty A. Murray*
MISTY A. MURRAY
EARL B. AUSTIN, III
SARAH REEVES
Attorneys for Defendants
Aetna Inc. and Aetna Life Insurance Company

## certificate of SERVICE

### *Berton v. Aetna, Inc.*

### *USDC 4:23-cv-01849-HSG.*

**STATE OF CALIFORNIA, COUNTY OF Los Angeles**

I am a citizen of the United States and employed in Los Angeles, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is 10100 Santa Monica Boulevard, Suite 550, Los Angeles, CA 90067.

On, **October 14, 2025,** I served the document(s) entitled, **DEFENDANT'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR ORDER PROVISIONALLY CERTIFYING SETTLEMENT CLASS AND PRELIMINARILY APPROVING CLASS SETTLEMENT** on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope(s) addressed as stated below:

**SEE ATTACHED SERVICE LIST**

☒ **(BY CM/ECF SERVICE):** I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on **October 14, 2025**, at Los Angeles, California.

_____
Lea Borys

**SERVICE LIST**

***Berton v. Aetna, Inc.* USDC 4:23-cv-01849-HSG.**

| | |
|---|---|
| Rebecca Peterson-Fisher, Esq.<br>Jennifer L. Liu, Esq.<br>KATZ BANKS KUMIN LLP<br>235 Montgomery St. Suite 665 San Francisco, CA 94104<br>Tel: (415) 813-3260<br>Fax: (415) 813-2495<br>Email: peterson-fisher@katzbanks.com<br>liu@katzbanks.com<br>*Attorneys for Plaintiff and the Putative Class* | Earl B. Austin III *(admitted pro hac vice)*<br>BAKER BOTTS L.L.P.<br>1 Ross Avenue, Suite 900<br>Dallas, TX 75201-2980<br>Tel: (214) 953-6542<br>Fax: (214) 661-4542<br>Email: earl.austinbaker.com<br>*Attorneys for Defendants Aetna Inc. and Aetna Life Insurance Company* |
| Barbara J. Chisholm, Esq.<br>Danielle E. Leonard, Esq.<br>Connie K. Chan, Esq.<br> Robin S. Tholin Esq.<br>ALTSHULER BERZON LLP<br>177 Post Street, Suite 300<br>San Francisco, CA 94108<br>Tel: (415) 421-7151<br>Fax: (415) 362-8064<br>Email: bchisholm@altshulerberzon.com<br>dleonard@altshulerberzon.com<br>cchan@altshulerberzon.com<br>rtholin@altshulerberzon.com<br>*Attorneys For Plaintiff and The Putative Class* | Sarah Reeves (*admitted pro hac vice*)<br>BAKER BOTTS L.L.P.<br>30 Rockefeller Plaza<br>New York, NY 10112-4498 Tel: Tel: (212) 408-2649<br>Fax: (212) 269-2449<br>Email: sarah.reeves@bakerbotts.com<br>*Attorneys for Defendants Aetna Inc. and Aetna Life Insurance Company* |
| Marilyn Robb *(pro hac vice)*<br>KATZ BANKS KUMIN LLP<br>11 Dupont Circle NW, Suite 600<br>Washington, DC 20036<br>Tel: (202) 299-1140<br>Fax: (202) 299-1148<br>Email: robb@katzbanks.com<br>*Attorneys for Plaintiff and the Putative Class* | Hugh Baran (*pro hac vice* application pending)<br>**KATZ BANKS KUMIN LLP**<br>111 Broadway, Suite 1702<br>New York, NY 10006<br>Tel: (646) 759-4501<br>Fax: (646) 759-4502<br>Email: baran@katzbanks.com<br>*Attorneys For Plaintiff and The Putative Class* |