Misty A. Murray (SBN 196870)
**MAYNARD NEXSEN LLP**
10100 Santa Monica Blvd, Suite 550
Los Angeles, CA 90067
Tel: (310) 596-4377
Email: misty.murray@maynardnexsen.com

Earl B. Austin III (admitted *pro hac vice*)
**BAKER BOTTS L.L.P.**
Ross Avenue, Suite 900
Dallas, TX 75201-2980
Tel: (214) 953-6542
Fax: (214) 661-4542
Email: earl.austin@bakerbotts.com

Sarah Reeves (admitted *pro hac vice)*
**BAKER BOTTS L.L.P.**
30 Rockefeller Plaza
New York, NY 10112-4498
Tel: (212) 408-2649
Fax: (212) 269-2449
Email: sarah.reeves@bakerbotts.com

*Attorneys for Defendants Aetna Inc. and Aetna Life Insurance Company*

Rebecca Peterson-Fisher (State Bar No. 255359)
Jennifer L. Liu (State Bar No. 279370)
**KATZ BANKS KUMIN LLP**
235 Montgomery St. Suite 665
San Francisco, CA 94104
Tel: (415) 813-3260
Fax: (415) 813-2495
Email: peterson-fisher@katzbanks.com
liu@katzbanks.com

Barbara J. Chisholm (SBN 224656)
Danielle E. Leonard (SBN 208201)
Connie K. Chan (SBN 284230)
Robin S. Tholin (SBN 344845)
**ALTSHULER BERZON LLP**
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
Email: bchisholm@altshulerberzon.com
dleonard@altshulerberzon.com
cchan@altshulerberzon.com
rtholin@altshulerberzon.com

*Attorneys for Plaintiff and the Putative Class*
**Additional counsel listed on following page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

MARA BERTON, on behalf of herself and all others similarly situated,

Plaintiff,

v.

AETNA INC. and AETNA LIFE INSURANCE COMPANY,

Defendants.

Case No. 4:23-cv-01849-HSG

**JOINT STIPULATION REQUESTING APPROVAL OF AMENDED NOTICES PURSUANT TO COURT'S PRELIMINARY APPROVAL ORDER; ORDER**

Michelle Banker (admitted *pro hac vice*)
Alison Tanner (admitted *pro hac vice*)
Noel León (admitted *pro hac vice*)
**NATIONAL WOMEN'S LAW CENTER**
1350 I Street NW, Suite 700
Washington, DC 20005
Tel: (202) 588-5180
Email: mbanker@nwlc.org
atanner@nwlc.org
nleon@nwlc.org

Hugh Baran (admitted *pro hac vice*)
**KATZ BANKS KUMIN LLP**
111 Broadway, Suite 1403
New York, NY 10006
Tel: (646) 759-4501
Fax: (646) 759-4502
Email: baran@katzbanks.com

Marilyn Robb (admitted *pro hac vice*)
**KATZ BANKS KUMIN LLP**
11 Dupont Circle NW, Suite 600
Washington, DC 20036
Tel: (202) 299-1140
Fax: (202) 299-1148
Email: robb@katzbanks.com

*Attorneys for Plaintiff and the Putative Class*

WHEREAS, on December 17, 2025, the Court granted Plaintiff's motion for preliminary certification of a settlement class and preliminary approval of the parties' proposed class action settlement (ECF No. 139);

WHEREAS, in that Order, the Court directed the parties to amend the notices to provide certain additional information (*id.* at 18);

WHEREAS, the Parties identified and agreed on certain other minor changes to the notices;

WHEREAS, the Parties anticipate they may identify certain other minor typographical changes that need correction as they finalize the notices for mailing; and

WHEREAS, the Parties have attached amended notice to Category A as Exhibit 1 (clean copy) and Exhibit 2 (redlined copy), and amended notices to Categories B through D as Exhibit 3 (clean copy) and Exhibit 4 (redlined copy);

THE PARTIES THEREFORE stipulate and jointly respectfully request that the Court approve the amended notices attached hereto, and approve of the parties making certain other minor typographical modifications as may be necessary prior to mailing of notice.

Respectfully submitted,

**KATZ BANKS KUMIN LLP**

DATED: December 19, 2025

/s/ Rebecca Peterson-Fisher

Rebecca Peterson-Fisher
235 Montgomery St. Suite 665
San Francisco, CA 94104
Tel: (415) 813-3260
Fax: (415) 813-2495
Email: Peterson-Fisher@katzbanks.com

*Attorneys for Plaintiff and the Putative Class*

**MAYNARD NEXSEN LLP**

DATED: December 19, 2025

/s/ Misty A. Murray

Misty A. Murray
10100 Santa Monica Blvd, Suite 550
Los Angeles, CA 90067
Telephone: (310) 596-4377

Email: misty.murray@maynardnexsen.com

**BAKER BOTTS LLP**

Earl B. Austin, III
2001 Ross Avenue, Suite 900
Dallas, TX 75201-2980
Tel: (214) 953-6542
Fax: (214) 661-4542
Email: earl.austin@bakerbotts.com

Sarah Reeves
30 Rockefeller Plaza
New York, NY 10112-4498
Tel: (212) 408-2649
Fax: (212) 259-2449
Email: sarah.reeves@bakerbotts.com

*Attorneys for Defendants Aetna Inc. and Aetna Life Insurance Inc.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 12/22/2025

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE