Barbara J. Chisholm (SBN 224656)
Danielle E. Leonard (SBN 208201)
Connie K. Chan (SBN 284230)
Robin S. Tholin (SBN 344845)
**ALTSHULER BERZON LLP**
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
Email:
bchisholm@altshulerberzon.com
dleonard@altshulerberzon.com
cchan@altshulerberzon.com
rtholin@altshulerberzon.com

Michelle Banker (admitted pro hac vice)
Alison Tanner (admitted pro hac vice)
Noel León (admitted pro hac vice)
**NATIONAL WOMEN'S LAW CENTER**
1350 I Street NW, Suite 700
Washington, DC 20005
Tel: (202) 588-5180
Email: mbanker@nwlc.org
atanner@nwlc.org
nleon@nwlc.org

Rebecca Peterson-Fisher (SBN 255359)
Jennifer L. Liu (SBN 279370)
**KATZ BANKS KUMIN LLP**
235 Montgomery St. Suite 665
San Francisco, CA 94104
Tel: (415) 813-3260
Fax: (415) 813-2495
Email: peterson-fisher@katzbanks.com
liu@katzbanks.com

Hugh Baran (admitted pro hac vice)
**KATZ BANKS KUMIN LLP**
111 Broadway, Suite 1702
New York, NY 10006
Tel: (646) 759-4501
Fax: (646) 759-4502
Email: baran@katzbanks.com

Marilyn Robb (admitted pro hac vice)
**KATZ BANKS KUMIN LLP**
11 Dupont Circle NW, Suite 600
Washington, DC 20036
Tel: (202) 299-1140
Fax: (202) 299-1148
Email: robb@katzbanks.com

*Attorneys for Plaintiff and the Putative Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARA BERTON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AETNA INC. and AETNA LIFE INSURANCE COMPANY,<br><br>Defendants. | Case No. 4:23-cv-01849-HSG<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>**DECLARATION OF RET. JUDGE STEVEN GOLD PURSUANT TO THE COURT'S PRELIMINARY APPROVAL ORDER** |

**DECLARATION OF RET. JUDGE STEVEN GOLD PURSUANT TO THE COURT'S PRELIMINARY APPROVAL ORDER**

I, Steven Gold, declare as follows:

1. I make this declaration in response to the Court's Preliminary Approval Order, ECF No. 139 at n.7.

2. Pursuant to Federal Rule of Civil Procedure 53(a)(2), and in connection with my potential appointment as a Special Master in this matter, I hereby affirm that I am not aware of any basis on which my impartiality to serve in such capacity in this matter might reasonably be questioned.

3. In making this affirmation, I have considered the circumstances set forth in 28 USC 455 (b), and hereby further affirm that none apply with respect to my potential service as a Special Master in this matter.

4. I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on December 26, 2025 at Brooklyn, New York

*Steven M. Gold*
Ret. U.S. Magistrate Judge Steven M. Gold