United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARA BERTON,

        Plaintiff,

    v.

AETNA INC., et al.,

        Defendants.

Case No. 23-cv-01849-HSG

**AMENDED SCHEDULING ORDER**

Pursuant to the parties' proposal, *see* Dkt. No. 145, the Court **RESETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Defendants to provide necessary data to Administrator for Class Notice | December 22, 2025 |
| Class Notice to be mailed | December 31, 2025 |
| Motion for Attorneys' Fees, Costs, Service Award due | May 25, 2026 |
| Response Deadline to object or opt out | June 29, 2026 |
| Special Harm submissions sent to Special Master where validity of claims for eligibility purposes is determined | July 14, 2026 |
| Deadline to notify class members/potential class members of deficiencies | July 29, 2026 |
| Last day for corrections to deficient submissions | August 28, 2026 |

| | |
|---|---|
| Last day for Special Master to determine disputes re: validity of claims for eligibility purposes; preliminary Special Harms Allocations to parties/Administrator | September 12, 2026 |
| Administrator to report final class size to the parties, deadline for Aetna to determine Dollars for Benefits Payments | September 17, 2026 |
| Deadline for final Special Harms Allocation determinations, resolution of contested Dollars for Benefits Payments, redistribution payments to be determined | October 2, 2026 |
| Final Approval Motion due | October 12, 2026 |
| Fairness Hearing | November 12, 2026, at 2:00 p.m. |
| Funding Date | 30 days after Effective Date |
| Payment date for settlement awards, Dollars for Benefits Payments, service award, attorneys' fees and costs | 10 business days after Funding Date |
| Payment date for Dollars for Benefits Payments | 60 days after the Effective Date |
| Check-cashing deadline | 180 days after initial issuance, at least 90 days for re-issued checks |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders. This order **TERMINATES** Dkt. No. 145.

   **IT IS SO ORDERED.**

Dated:   1/30/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge

2