UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARA BERTON,

Plaintiff,

v.

AETNA INC., et al.,

Defendants.

Case No. 23-cv-01849-HSG

**AMENDED SCHEDULING ORDER**

Having considered the parties' proposals, *see* Dkt. No. 151, the Court **RESETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Last day for corrections to deficient submissions | October 27, 2026 |
| Last day for Special Master to determine disputes re: validity of claims for eligibility purposes; preliminary Special Harms Allocations to parties/Administrator | November 11, 2026 |
| Administrator to report final class size to the parties, deadline for Aetna to determine Dollars for Benefits Payments | November 16, 2026 |
| Deadline for final Special Harms Allocation determinations, resolution of contested Dollars for Benefits Payments, redistribution payments to be determined | December 1, 2026 |
| Final Approval Motion due | December 11, 2026 |
| Fairness Hearing and Hearing on Motion for Attorneys' Fees Dkt. 147 | January 14, 2027, 2:00 pm |
| Funding Date | 30 days after Effective Date |
| Payment date for settlement awards, Dollars for Benefits Payments, service award, | 10 business days after Funding Date |

United States District Court
Northern District of California

| | |
|---|---|
| attorneys' fees and costs | |
| Payment date for Dollars for Benefits Payments | 60 days after the Effective Date |
| Check-cashing deadline | 180 days after initial issuance, at least 90 days for re-issued checks |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders. This Order **TERMINATES** Dkt. No. 151.

**IT IS SO ORDERED.**

Dated: 8/26/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California